*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00001-CV

In the Interest of **S.D.J.A.** and **M.D.A.**, Minor Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-04325
Honorable Peter A. Sakai, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice

Delivered and Filed: March 3, 2010

DISMISSED

On January 4, 2010, the trial court clerk filed a notification of late record, stating that the appellants have failed to pay or make arrangements to pay the fee for preparing the clerk's record. We, therefore, ordered appellants to provide written proof to this court within ten days that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellants were entitled to appeal without paying the clerk's fee. We warned that if appellants failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellants failed to respond. Therefore, we dismiss this appeal for want of prosecution.

PER CURIAM